NO. 07-05-0364-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 24, 2006
_____

GEORGE S. MANNING, M.D., APPELLANT

V.

LUIS ORNELAS, APPELLEE
_____

FROM THE 286TH DISTRICT COURT OF COCHRAN COUNTY;

NO. 03-08-3824; HONORABLE HAROLD PHELAN, JUDGE
_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

**MEMORANDUM OPINION**

George S. Manning, M.D., appellant, has filed a motion to dismiss this appeal because he no longer wishes to pursue it based on the full and final satisfaction and release of the trial court's judgment. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice